# AFFIDAVIT

I, Peyton Drake, being duly sworn, depose and state that:

1. Your affiant, Special Agent (SA) Peyton Drake, is a federal law enforcement officer, specifically, a Criminal Investigator with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Louisville Group IV Field Office. Your affiant has been so employed for approximately one year. Additionally, your affiant holds a Bachelor of Science Degree in Criminal Justice with a minor in Psychology from the Radford University located in Radford, Virginia. Your affiant, prior to working for ATF, successfully completed 580 hours as an intern at the Radford City Police Department and 360 hours at the ATF Canine Training Center in Front Royal, Virginia.

2. Your affiant has completed the Criminal Investigator Training Program, approximately 500 hours, at the Federal Law Enforcement Training Center in Glynco, GA. Your affiant completed Special Agent Basic Training, approximately 586 hours, at the ATF National Academy. Your affiant has received extensive training, both formal and on-the-job, in the provisions of the Federal Firearms Laws administered under Title 18 and Title 26, U.S. Code, and the Federal Narcotics Laws administered under Title 21, U.S. Code.

3. Your affiant has participated in numerous federal criminal investigations involving the federal firearms and narcotics laws, including the illegal possession, transportation, distribution, and use of controlled substances, as well as the criminal possession, use, and trafficking of firearms and explosives.

4. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy; as a result of my training and experience as an ATF Special Agent, I am familiar

with federal criminal laws and know that it is a violation of Title 18, United States Code, Section 933 to:

> (1) ship, transport, transfer, cause to be transported, or otherwise dispose of any firearm to another person in or otherwise affecting interstate or foreign commerce, if such person knows or has reasonable cause to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony (as defined in section 932(a));
> (2) receive from another person any firearm in or otherwise affecting interstate or foreign commerce, if the recipient knows or has reasonable cause to believe that such receipt would constitute a felony; or
> (3) attempt or conspire to commit the conduct described in paragraph (1) or (2).

5. On August 7, 2023 and August 16, 2023, Everything Concealed Carry (ECC) located at 10306 Taylorsville Road, Jeffersontown, Kentucky 40299 was burglarized. During the burglaries, 62 firearms in total were taken. On August 25, 2023, there was an attempted burglary of ECC, but the suspects were apprehended by Jeffersontown Police Department before the individuals could enter the business.

6. On August 25, 2023, there were four suspects taken into custody by the Jeffersontown Police Department. All four suspects were mirandized and interviewed by the Jeffersontown Police Department as well as the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF).

7. During the interviews, it was learned from Josue Quijada Zelaya that Deangelo PATTERSON (hereinafter, PATTERSON), was to receive the firearms from the ECC burglaries.

8. Josue Quijada Zelaya (hereinafter, Zelaya) directed ATF agents to 5608 Regal Drive,

Louisville, Kentucky 40218 and identified the address as PATTERSON's residence. A photo without any identifiers was shown to Zelaya who identified the person in the photograph as PATTERSON.

9. Zelaya's statements were corroborated by Cristian Galeana Radilla (hereinafter, Radilla) who was also driven by 5608 Regal Drive, Louisville, Kentucky and identified the residence as PATTERSON's. Radilla stated that he was able to identify the residence due to the fact that he had been there several times with two of the suspects from the ECC burglary to trade firearms for large amounts of marijuana.

10. On or about September 6, 2023, Detective Terhune with Evansville Police Department and ATF Task Force Officer (TFO) Heath Stewart in Indiana, informed the affiant of a firearm that was recovered during the arrest of Stanley Dunn (hereinafter, Dunn), who is a prohibited person from possessing firearms, and Laroyal Booker (hereinafter, Booker). The firearm was entered into NCIC and it was determined this was a firearm which was reported stolen as part of the string of burglaries at ECC.

11. Dunn and Booker were both mirandized and interviewed by Evansville Police Department and ATF. During the interviews it was learned that Dunn and Booker went to Louisville to meet up with PATTERSON to purchase a firearm. During the transaction, PATTERSON mentioned that he knew the firearm was stolen from a recent gun store burglary.

12. According to Title 18, United States Code, Section 922(j) –

> It shall be unlawful for any person to receive, possess, conceal, store, barter, sell, or dispose of any stolen firearm or stolen ammunition, or pledge or accept as security for a loan any stolen firearm or stolen ammunition, which is moving as, which is a part of, which constitutes, or which has been shipped or transported in, interstate or foreign commerce, either before or after it was stolen, knowing or having reasonable cause to believe that the firearm or ammunition was stolen.

13. A violation of Title 18, United States Code, Section 922(j) is a felony.

14. Therefore, your Affiant states that the evidence as outlined above establishes probable cause to believe that between on or about August 7, 2023 and September 6, 2023, in Jefferson County, Kentucky, within the Western District of Kentucky, Deangelo PATTERSON shipped, transported, transferred, cause to be transported, or otherwise disposed of any firearm to another person, in or otherwise affecting interstate or foreign commerce, when he had knew or had reasonable cause to believe that the use, carrying, or possession of a firearm by the recipient would constitute a felony, in violation of Title 18, United States Code, Section 933.

_____
Peyton Drake
Special Agent, ATF

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 on the 7th day of September 2023.

Colin H Lindsay, Magistrate Judge
United States District Court