UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
DEC 20 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**DEANGELO PATTERSON**
**CRISTHIAN JOSUE QUIJADA ZELAYA**

SUPERSEDING INDICTMENT

NO. 3:23CR108-CHB
18 U.S.C. § 2
18 U.S.C. § 922(u)
18 U.S.C. § 924(d)
18 U.S.C. § 924(i)
18 U.S.C. § 933(a)(1)
18 U.S.C. § 933(b)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Firearms Trafficking)*

Beginning on or about August 7, 2023, and continuing to on or about September 6, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **DEANGELO PATTERSON**, did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit a Canik, model TP9SFX, 9-millimeter pistol, bearing serial number 21BC36311, to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the person would constitute a felony.

In violation of Title 18, United States Code, Section 933(a)(1) and (b).

The Grand Jury further charges:

## COUNT 2
### *(Stealing Firearms from a Licensed Dealer)*

On or about August 7, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CRISTHIAN JOSUE QUIJADA ZELAYA**, aided and abetted by others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away from the premises of a person who is licensed to engage in the business of dealing in firearms approximately thirty-one firearms in that licensee's business inventory, and which had been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(u), 924(i), and 2.

The Grand Jury further charges:

## COUNT 3
### *(Stealing Firearms from a Licensed Dealer)*

On or about August 16, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CRISTHIAN JOSUE QUIJADA ZELAYA**, aided and abetted by others known and unknown to the Grand Jury, did knowingly steal, unlawfully take, and carry away from the premises of a person who is licensed to engage in the business of dealing in firearms approximately thirty-one firearms in that licensee's business inventory, and which had been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(u), 924(i), and 2.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(u), 933(a)(1) and (b), 924(i), as specifically charged in this Superseding Indictment, the defendants, **DEANGELO PATTERSON** and **CRISTHIAN JOSUE QUIJADA ZELAYA**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses.

A TRUE BILL.

Redacted
FOREPERSON

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:APG:12/20/2023

3

UNITED STATES OF AMERICA v. DEANGELO PATTERSON and CRISTHIAN JOSUE QUIJADA ZELAYA

## PENALTIES

Count 1: NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release
Counts 2 & 3: NM 10 yrs./$250,000 fine/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.