UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                                                                       CRIMINAL NO.: 3:23-CR-108-CHB

CRISTHIAN JOSUE QUIJADA ZELAYA                                                         DEFENDANT

## UNITED STATES' SENTENCING MEMORANDUM
*-Electronically Filed-*

The United States of America, by counsel, Assistant United States Attorney Alicia P. Gomez, files its memorandum in support of its sentencing recommendation in this action, currently scheduled for January 23, 2025.

### Statutory Sentencing Provisions

Cristhian Quijada Zelaya stands convicted of two counts of stealing firearms from a licensed dealer, in violation of Title 18, United States Code, Sections 922(u), 924(i), and 2. A conviction under these statutes carries a maximum term of imprisonment of 10 years for each count, a potential combined maximum fine of $500,000, and a term of supervised release of up to 3 years.

### Guideline Calculations

The United States Probation Office has prepared a Presentence Investigation Report (PSR), which concludes that the total offense level applicable to the offense should be 27. (DN 70, PSR at ¶ 37 Page ID # 270). The PSR also concludes that Mr. Quijada Zelaya's criminal history places him in Criminal History Category I. (*Id*. at ¶ 43, Page ID # 271). Based upon a total offense level of 27 and a criminal history category of I, the guideline imprisonment range is 70 to 87 months. (*Id*. at ¶ 76, Page ID # 212)

Analysis of § 3553(a) Factors

This Court must ultimately affix a sentence which is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2). That section directs courts to consider the following:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed–

    (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

    (B) to afford adequate deterrence to criminal conduct;

    (C) to protect the public from further crimes of the defendant; and

    (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the kinds of sentence and the sentencing range established for--

    (A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines–

    . . .

(5) any pertinent policy statement--

    . . .

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

Mr. Quijada Zelaya stands convicted of two counts of stealing firearms from a licensed dealer. The proposed guideline sentence in this action will adequately promote respect for the law, provide just punishment for the offense, protect the public, deter further criminal conduct, and provide Mr. Quijada Zelaya with needed correctional treatment. The proposed sentence meets these factors.

Restitution

Pursuant to 18 U.S.C. § 3663A, restitution shall be ordered in this case. At the sentencing hearing, undersigned counsel for the United States will request that the Court order restitution to Everything Concealed Carry in the amount of $2,000.

Conclusion

For the reasons set forth herein, the United States respectfully requests the Court to accept the plea agreement and sentence the defendant to the low end of the guideline range, followed by a three year term of supervised release.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

/s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911
FAX: (502) 582-5067

CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

/s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant U.S. Attorney